THELMA LaCLAIRE HAFLETT, Respondent, v. JAMES O. SEBRING, Appellant.— Judgment and orders unanimously affirmed, with costs. The judgment is against an attorney for funds which he withheld from a client. The orders deny attorney's motion to bring in his former partner and another as codefendants. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of CARDER REALTY CORPORATION, Relator, for a Certiorari Order against ELMER F. ANDREWS, Industrial Commissioner of the State of New York.— Review by certiorari of determination and order of Industrial Commissioner fixing the prevailing rate of wages for bricklayers in the town of Poughkeepsie in so far as it related to the period from May 1, 1932, to June 8, 1932. (For previous history see 237 App. Div. 152; 261 N. Y. 634, 713, and 239 App. Div. 618.) By petition filed June 9, 1932, petitioner asked for modification of determination and order of May 18, 1932, as to whether petitioner had been paying prevailing rate of wages to bricklayers since April 18, 1932. By amended and supplemental petition filed March 31, 1933, it asked for a similar determination as of June 9, 1932, and thereafter to the date of filing this petition. After the decision of this court (reported at 239 App. Div. 618) and on the rehearing directed by it, petitioner filed on March 19, 1934, a second amended and supplemental petition for a similar determination covering the period from May 1, 1932, to March 31, 1933. By determination and order dated April 4, 1934, the Industrial Commissioner fixed the rate between June 9, 1932, and March 31, 1933, and modified his previous order accordingly. On this hearing he refused to receive petitioner's evidence as to the period from May 1, 1932, to June 8, 1932, on the ground that the decision of this court (reported at 239 App. Div. 618) did not direct a rehearing as to this period. Determination and order of Industrial Commissioner dated April 4, 1934, annulled in respect to the period between May 1, 1932, and June 8, 1932, and proceeding remitted to the Industrial Commissioner to determine whether the determination and orders of May 18, 1932, and June 1, 1933, should be modified in respect to the period between May 1, 1932, and June 8, 1932, with fifty dollars costs and disbursements. Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ., concur.

SIGRID TOLLISEN, as Administratrix, etc., of HERMAN TOLLISEN, Deceased, Appellant, v. MICHAEL VENER, Respondent, and Others.— Judgment and order unanimously affirmed, with costs. The trial justice set aside verdict in favor of plaintiff. Intestate received injuries in a collision with defendant's truck. There is some evidence that indicates that intestate was struck by a second car, and that death resulted from both accidents. There is no evidence showing defendant's negligence. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.